# Exhibit C

| Source | | | Purpose | Value (ppm) | Duration | Basis (NOAEL/BMC) (ppm) | UF | Effect Assessed at NOAEL |
|---|---|---|---|---|---|---|---|---|
| **Summary of Selected Human-Health Based Exposure Limits for Airborne Formaldehyde*** | | | | | | | | |
| OEHHA | Non-Cancer | Reference Exposure Level | General Population | 0.044 | 1-hour | 0.44 | 10 | Mild and moderate eye irritation; self-reported symptom questionnaire; controlled exposure |
| | Non-Cancer | | | 0.007 | 8-hour | 0.07 | 10 | Nasal obstruction and discomfort, lower airway discomfort, and eye irritation; self-reported symptom questionnaire; occupational study at formaldehyde producing plant with no other industrial solvents or dust |
| | Non-Cancer | | | 0.007 | Life-time | 0.07 | 10 | Nasal obstruction and discomfort, lower airway discomfort, and eye irritation; self-reported symptom questionnaire; occupational study at formaldehyde producing plant with no other industrial solvents or dust |
| WHO | Non-Cancer | Guideline Level | General Population | 0.08 | 30-minutes | 0.5 | 5 | Eye blink frequency; objective measure of eye irritation; controlled exposures; double-blinded |
| | Cancer | Long Term Value Superseded By Non-Cancer Guideline | General Population | 0.17 | Life-time | 1.0 | 6 | Increased cell proliferation in the nasal mucosa of rats |
| ATSDR | Non-Cancer | Minimal Risk Levels | Persons living or working near hazardous waste sites (screening tool) | 0.04 | <=14 days | 0.4 | 9 | Nasal and eye irritation; occupational exposure to formaldehyde and formalin solution; single-blind objective measure of sneezes, the degree of mucosal edema, rhinorrhea, and itching; no mention of controlling for other chemicals and dust |
| | Non-Cancer | | | 0.03 | 15-365 days | 0.98 | 30 | Clinical signs of nasopharyngeal irritation and lesions in the nasal epithelium; Cynomolgus monkeys; controlled exposure; lung, nasal turbinate, trachea, and any other tissue with gross abnormalities were prepared for histologic examination |
| | Non-Cancer | | | 0.008 | >365 days | 0.24 | 30 | Clinical symptoms of mild irritation of the eyes and upper respiratory tract and mild damage to the nasal epithelium; occupational study at formaldehyde and formaldehyde resin plant (formaldehyde is described as the primary irritant); nasal mucosal biopsy sections were examined and assigned scores (0-8) |

NOAEL   No Observed Adverse Effect Level
BMC     Bench Mark Concentration
TWA     Time Weighted Average exposure limit based on a full work shift.
ppm     parts per million
OEHHA   California Office of Environmental Health Hazard Assessment
ATSDR   U.S. Agency for Toxic Substances and Disease Registry
WHO     World Health Organization
UF      Uncertainty Factor

*  The National Institute for Occupational Safety and Health (NIOSH) also publishes occupational exposure limits for formaldehyde (16 ppb; 10-hour TWA) and 100 ppb (ceiling), but these are not health-based values. See NIOSH. 1976. *Criteria for a Recommended Standard for Occupational Exposure to Formaldehyde*. Cincinnati, OH: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health.

Sources:
1) CalOEHHA REL, January 2014. http://oehha.ca.gov/air/allrels.html and http://oehha.ca.gov/air/hot_spots/2008/AppendixD1_final.pdf#page=384
2) ATSDR MRLs and Tox Profile for Formaldehyde (http://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=220&tid=39)
3) WHO. 2010. WHO guidelines for indoor air quality: selected pollutants. Copenhagen, Denmark: World Health Organization. http://www.euro.who.int/__data/assets/pdf_file/0009/128169/e94535.pdf

EXHIBIT C