# Exhibit D

# EXHIBIT D

## DOCUMENTS RELIED UPON FOR EXPERT OPINON

ACGIH. 2015. *Threshold Limit Values for Chemical Substances and Physical Agents & Biological Exposure Indices.* Cincinnati, OH: American Conference of Governmental Industrial Hygienists.

ATSDR. Toxic Substances Portal. Minimum Risk Levels (MRLs). http://www.atsdr.cdc.gov/mrls/index.asp Last reviewed January 5, 2014)

California Air Resources Board. 2004. Environmental Health Conditions in California's Portable Classrooms. Report to the California Legislature.

California Office of Environmental Health Hazard Assessment (OEHHA) http://oehha.ca.gov/

CDC. 2008. *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models and Mobile Homes*, Washington, DC, Centers for Disease Control and Prevention.

CPSC. 2013. An Update on Formaldehyde. Publication 725. Washington, DC: US Consumer Product Safety Commission.

Declaration of Christopher Hyldburg, No. 15-cv-01475-JST, filed April 29, 2015

Declaration of David E. Jacobs, Ph.D., C.I.H. , No. 15-cv-01475-JST, filed April 29, 2015

Declaration of Elisabeth Black, CIH   No. 15-cv-01475-JST, filed April 29, 2015

EH&E. 2010. *Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall*, prepared for the U.S. Consumer Product Safety Commission, Needham MA, USA: Environmental Health & Engineering Inc.

EPA. 2010. Toxicological Review of Formaldehyde - Inhalation Assessment (External Review Draft). EPA/635/R-10/002A. Washington, DC: US. Environmental Protection Agency.

Gilbert NL, Gauvin D, Guay M, Heroux M, Dupuis G, Legris M, Chan CC, Dietz RN and Levesque B. 2006. Housing characteristics and indoor concentrations of nitrogen dioxide and formaldehyde in Quebec City, Canada, *Environmental Research*, 102, 1-8.

Gordon SM and Callahan PJ. 1999. Residential environmental measurements in the National Human Exposure Assessment Survey (NHEXAS) pilot study in Arizona: preliminary results for pesticides and VOCs, *Journal of Exposure Analysis and Environmental Epidemiology*, 9, 456-470.

Hodgson AT, Rudd AF, Beal D and Chandra S. 2000. Volatile organic compound concentrations and emissions rates in new manufactured and site-built houses, *Indoor Air*, 10(3), 178-192.

ISO. 2011. ISO 16000-4:2011 Indoor air Part 4: Determination of formaldehyde - Diffusive sampling method. International Organization for Standardization.

Johnson KJ, Hughes JM. 2012. Formaldehyde Five-Day Passive Chemical Dosimeter Badge Validation Study. *Naval Research Laboratory,*NRL/MR/6180--12-9454*.*

Layne, A. EPA's Activities on Chinese Drywall. Oral Presentation at Technical Symposium on Corrosive Imported Drywall Nov 5-6, 2009.

Liteplo RG and Meek ME. 2003. Inhaled formaldehyde: exposure estimation, hazard characterization, and exposure-response analysis, *Journal of Toxicology and Environmental Health, Part B: Critical Reviews*, 6(1), 85-114.

Mullen NA, Li J, Russell ML, Spears M, Less BD, Singer BC. 2015. Results of the California Health Homes Indoor Air Quality Study of 2011-2013: Impact of natural gas appliances on air pollutant concentrations, *Indoor Air*, 2015 Feb 3. doi: 10.1111/ina.12190.

NRC.  2011.  Review of the Environmental Protection Agency's Draft IRIS Assessment of Formaldehyde.  Washington, DC: The National Academies Press.

NUATRC. 2000. *Final Report: Air Toxic Exposures Among Teenagers in New York City and Los Angeles – A Columbia-Harvard Study (TEACH)*. Mickey Leland National Urban Air Toxics Research Center. Washington, DC: U.S. Environmental Protection Agency.

Offermann FJ. 2009. *Ventilation and Indoor Air Quality in New Homes*, California Air Resources Board and California Energy Commission, PIER Energy-Related Environmental Research Program, Collaborative Report, CEC-500-2009-085

Reiss R, Ryan PB, Tibbetts SJ and Koutrakis P. 1995. Measurement of organic acids, aldehydes, and ketones in residential environments and their relation to ozone, *Journal of Air and Waste Management Association*, 45(10), 811-822.

Salthammer T, Mentese S, Marutzky R. 2010. Formaldehyde in the Indoor Environment, *Chemical Reviews,* 110, 2536-572.

Sax SN, Bennett DH, Chillrud SN, Ross J, Kinney PL, Spengler JS. 2006. A cancer risk assessment of inner-city teenagers living in New York City and Los Angeles, *Environmental Health Perspectives*, 114(10), 1558-1566.

US Department of Health and Human Services. 2007. Toxicological Profile for Lead. Washington, DC: Agency for Toxic Substances and Disease Registry.

Weisel CP, Zhang J, Turpin BJ, Morandi MT, Colome S, Stock TH, Spektor DM, Korn L, Winer AM, Kwon J, Meng QY, Zhang L, Harrington R, Liu W, Reff A, Lee JH, Alimokhtari S, Mohan K, Shendell D, Jones J, Farrar L, Maberti S and Fan T. 2005.*Relationship of Indoor, Outdoor, and Personal Air (RIOPA): Part I. Collection Methods and Descriptive Analysis*, HEI Report No. 130 (Pt. 1), Boston MA, Health Effects Institute. NUATRC Report No 7, Houston, TX, National Urban Air Toxics Research Center.

WHO. 2010. WHO Guidelines for Indoor Air Quality, Selected Pollutants. Copenhagen, Denmark: World Health Organization.

EXHIBIT D